[No. 64141-7-I.  Division One.  March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO LEON ARIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09614-5, Bruce E. Heller, J., entered September 8, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64253-7-I.  Division One.  March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03736-8, Christopher A. Washington, J., entered September 28, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Becker, JJ.

[No. 64259-6-I.  Division One.  March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAKE DEAN RIDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00331-7, Michael Heavey, J., entered September 9, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 64363-1-I.  Division One.  March 7, 2011.]

LOUIS ALEXANDER DIAZ ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Defendants*, MEDICAL CENTER LABORATORY, INC., PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-05297-8, Suzanne M. Barnett, J., entered September 23, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J. Now published at 161 Wn. App. 500.